UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 2:87-CR-12-FTM-17

KENNETH G. LASSITER.

_____/

ORDER

This cause is before the Court on pro se Motion of Defendant Kenneth G. Lassiter seeking clarification of Defendant Lassiter's status, and seeking removal of the federal hold on Defendant Lassiter. (Exhibit A).

While Defendant Lassiter was on supervised release, Defendant Lassiter was arrested and charged with new criminal conduct, Robbery with Firearm or Deadly Weapon, and Grand Theft 3rd Degree More Than 300 Less Than 20000, for which Defendant Lassiter was sentenced in the Circuit Court of Brevard County, Case No. 05-2013-CF-066269-AXXX-XX. Defendant Lassiter is in custody of the State of Florida serving the sentence imposed in that case.

Violation of a condition of supervised release is a separate offense from the offense for which Defendant Lassiter was charged in Case No. 05-2013-CF-066269-AXXX-XX. On November 6, 2013, the United States Probation Office petitioned the Court for issuance of a warrant, and the Court issued the warrant, which remains pending. The Court cannot unilaterally rescind the warrant. Defendant Lassiter's alleged violation of a condition of supervised release has not been adjudicated. It is not clear to the Court that Defendant Lassiter's federal sentence has expired. Accordingly, it is

Case No. 2:87-CR-12-FTM-17

**ORDERED** that Defendant Lassiter's request to remove the federal hold on Defendant Lassiter is **denied**. The Clerk of Court shall provide a copy of this Order to pro se Defendant by U.S. Mail.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 12th day of January, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

Kenneth G. Lassiter
DC 733135
Holmes Work Camp
3182 Thomas Dr.
Bonifay, FL   32425-4238

All parties and counsel of record